CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 1 2008

Clerk, U.S. District and
Bankruptcy Courts

Williamson + Company, LLC )
)
)
)
Plaintiff )
)
v. )
) Case: 1:08-cv-01390
) Assigned To : Sullivan, Emmet G.
AML & Associates Inc., et al ) Assign. Date : 8/11/2008
Defendant ) Description: Contract
)
)

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for __Williamson + Company__,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of __AML & Associates, Inc__, which have any outstanding securities in

the hands of the public. __NONE__

_____

_____

These representations are made in order that judges of this court may determine the need for
recusal.

Attorney of Record

__[signature]__
Signature

DC Bar 377364                    __Chalfranz E. Perry__
Bar Identification Number         Print Name

                                 __505 Capitol Court, NE, #10__
                                 Address

                                 __Washington    DC    20002__
                                 City           State   Zip

                                 __(202) 506-8122__
                                 Telephone Number

2